IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL RANIERI | : | CIVIL ACTION |
| v. | : | |
| DR. R. PHILLIPS | : | NO. 17-1075 |

## ORDER

AND NOW, this 21st day of March, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B), for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Joel Slomsky
JOEL H. SLOMSKY, J.